# IN THE SUPREME COURT OF THE STATE OF NEVADA

OCTAVIO CARILLO,
Petitioner,
vs.
THE BOARD OF PAROLE
COMMISSIONERS; THE STATE OF
NEVADA; ERIC CHRISTENSEN;
MICHAEL KEELER; MINERVA DE LA
TORRE; AND ADAM ENDEL,
COMMISSIONERS,
Respondents.

No. 78123

FILED

FEB 2 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus in a criminal matter. Petitioner seeks to challenge the denial of parole. We are not satisfied this court's intervention by way of extraordinary relief is warranted at this time. Because petitioner's claim involves issues of fact, he should seek relief in the district court in the first instance. *See Round Hill Gen. Improvement Dist. v. Newman,* 97 Nev. 601, 604, 637 P.2d 534, 536 (1981). Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc: Octavio Carillo
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

2